LONG ACRE PROPERTIES, INC., Appellant, v. GROVE PARK ESTATES, INC., Respondent, et al., Defendants. — The purchasers had full knowledge of all of the facts, and the premises were offered to the purchasers strictly in accordance with the terms of sale. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.